Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ROSIE GILMOUR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROSIE GILMOUR, ) | Case No.: 1:13-CV-0553-BAM |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Rosie Gilmour ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 28, 2014; and that Defendant shall have until February 27, 2014, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due March 6, 2014.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter to avoid a confluence of due dates in the midst of the holiday season as a result of the lapse in appropriations. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 12, 2013          Respectfully submitted,

                                           LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Steven G. Rosales*

                          BY:_____
                                      Steven G. Rosales
                                      Attorney for plaintiff ROSIE GILMOUR

DATE:  December 12, 2013         BENJAMIN WAGNER
                                       United States Attorney
                                       Donna L. Calvert
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration


                                       */S/- Lynn Harada

                                       _____
                                       Lynn Harada
                                       Special Assistant United States Attorney
                                       Attorney for Defendant
                                       [*Via email authorization]

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 28, 2014, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to February 27, 2014 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by plaintiff will be due March 6, 2014.

IT IS SO ORDERED.

Dated: **December 23, 2013**                /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE